

NUMBER 13-14-00446-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

DEAN SPRINGER AND INTEGRITY
FINANCIAL GROUP, INC.,                                              Appellants,

v.

LYDIA TUMMEL, ET. AL.,                                              Appellee.

---

On Appeal from the 332nd District Court
of Hidalgo County, Texas.

---

## ORDER

Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam

This appeal was abated by this Court on August 29, 2014 due to Dean Springer's notice of bankruptcy. Appellants' retained counsel, Brandy Wingate Voss, the Law Offices of Brandy Wingate Voss, PLLC, Reagan E. Boyce, and Brutzkus Gubner Rozansky Seror Weber LLP, have filed a motion to withdraw as counsel. We grant said

motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellants in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellants are directed to notify the Court promptly if they retain new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* Tex. R. App. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed this
the 30th day of August, 2016.